COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:     01-13-00986-CV

Style:     Wolfgang Hirczy v. Citibank. N.A.

Date motions filed:     February 6, 2014

Type of motions:     Appellee's Second Motion to Extend Time to File Appellee's Brief and

Motion to Assess Costs to Supplement Record to Appellant

Party filing motion:     Appellee

Documents to be filed:     Appellee's Brief

If motion to extend time:

    Original due date:     January 22, 2014

    Number of previous extensions granted:     1     Current Due date: February 21, 2014

    Date Requested:     30 days from date supplemental clerk's record is filed

Ordered that motion is:

☐     Granted

    If document is to be filed, document due:

    ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐     Denied

☑     Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐     Other: _____

Appellee filed its Appellee's Brief on February 21, 2014. Accordingly, appellee's second motion to extend time to file its brief is dismissed as moot.

A supplemental clerk's record was filed with this Court on March 4, 2014. Costs will be assessed as appropriate under Texas Rules of Appellate Procedure 34.5(b) and 43.4. Accordingly, appellee's motion to assess costs to supplement the clerk's record to appellant is dismissed as moot.

Judge's signature:     <u>/s/ Justice Jim Sharp</u>

    ☑ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date: March 11, 2014

November 7, 2008 Revision